UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSEPH E. TROUT  Case No.: 1-14-03985-HWV
PATRICIA A. TROUT  Chapter 13
  Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**  **MORTGAGE INFORMATION**

Creditor Name:  PNC BANK
Court Claim Number:  05
Last Four of Loan Number:  4526
Property Address if applicable:  35 ROYAL DRIVE, , CARLISLE, PA17015

**PART 2:**  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:  $245.33
b. Prepetition arrearages paid by the Trustee:  $245.33
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):  $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:  $0.00
e. Allowed postpetition arrearage:  $0.00
f. Postpetition arrearages paid by the Trustee:  $0.00
g. Total b, d, f:  $245.33

**PART 3:**  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 9, 2019                      Respectfully submitted,

                                               s/ Charles J. DeHart, III, Trustee
                                               Standing Chapter 13 Trustee
                                               Suite A, 8125 Adams Drive
                                               Hummelstown, PA 17036
                                               Phone: (717) 566-6097
                                               Fax: (717) 566-8313
                                               eMail: dehartstaff@pamd13trustee.com

Creditor Name: PNC BANK
Court Claim Number: 05

```
CLM #    CHECK #     DATE         PRIN PAID    INT PAID    TOTAL DISB
0050     1143649     02/03/2016   $167.00      $0.00        $167.00
0050     1145279     03/02/2016   $78.33       $0.00         $78.33
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    JOSEPH E. TROUT                                    Case No.: 1-14-03985-HWV
    PATRICIA A. TROUT                            Chapter 13
              Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 9, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL PA, 17011- | SERVED ELECTRONICALLY |
| PNC MORTGAGE<br>C/O KML LAW GROUP, P.C.<br>701 MARKET STREET, SUITE 5000<br>PHILADELPHIA, PA 19106 | SERVED BY 1ST CLASS MAIL |
| JOSEPH E. TROUT<br>PATRICIA A. TROUT<br>35 ROYAL DRIVE<br>CARLISLE, PA 17015 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 9, 2019

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com